# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | **NO. 14-494** |
| **v.** | : | |
| | : | |
| **JAVIER GONZALEZ** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 12th day of January 2021, in light of Defendant's filing of a counseled motion for compassionate release, (Doc. 43, 44), which this Court will construe as an amended motion to the previously filed *pro se* motion for compassionate release, (Doc. 40), it is hereby **ORDERED** that Defendant's *pro se* motion for compassionate release, (Doc. 40), is **DENIED**, as moot.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*