# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | **NO. 14-494** |
| **v.** | : | |
| | : | |
| **JAVIER GONZALEZ** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 25th day of January 2021, in light of Defendant's filing a corrected/amended motion for compassionate release, (Doc. 47), it is hereby **ORDERED** that Defendant's previous motion for compassionate release, (Doc. 43, 44), is **DENIED**, as moot.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*