## JOSÉ LUIS ONGAY, ATTORNEY AT LAW

600 WEST GERMANTOWN PIKE, SUITE 400, PLYMOUTH MEETING, PA 19462
TEL (484) 681-1117    FAX (888) 519-3449    EMAIL JLOLAW@LIVE.COM

ADMITTED TO NEW JERSEY, NEW YORK, AND PENNSYLVANIA

February 5, 2021

The Honorable Nitza Quinones Alejandro
Judge, Unites States District Court
 4000 United States Courthouse
601 Market Street
Philadelphia, PA  19106

Re: *USA v. Javier Gonzalez*, 14-CR-494

The following is to inform the Court that Mr. Gonzalez wishes to withdraw the pending § 2255 motion that was filed on August 5, 2020  and can be found at docket entry 34 in the above referenced matter.

Thank you for your assistance in this matter.

Respectfully,

*/s/Jose Luis Ongay*
_____
Jose Luis Ongay



JLO

C: James Pavlock, AUSA (via email)