# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 14-494 |
| v. | : | |
| | : | |
| JAVIER GONZALEZ | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 9th day of February 2021, in light of counsel's letter advising that Defendant wishes to withdraw the pending *pro se motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255*, (Doc. 34), it is hereby **ORDERED** that Defendant's *pro se* motion is **DENIED**, as moot.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*